JAY S. ROTHMAN (SBN 49739)
**JAY S. ROTHMAN & ASSOCIATES**
21900 Burbank Boulevard, Suite 210
Woodland Hills, California 91367
Telephone:   (818) 986-7870
Facsimile:    (818) 990-3019
lawyers@jayrothmanlaw.com

Attorneys for Plaintiff
SALVADOR VELOZ

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SALVADOR VELOZ, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>RAIL PROS, INC., a California corporation; and DOES 1 through 50, Inclusive,<br><br>    Defendants. | Case No. 2:21-CV-04038 JFW (KSX)<br><br>**DECLARATION OF SALVADOR VELOZ**<br><br>District Judge: Hon. John F. Walter<br>Magistrate Judge: Karen L. Stevenson<br><br>Date:12/20/21<br>Time:1:30pm<br>Dept.:7A<br><br>FPTC: 4/01/2022<br>Trial:   4/19/2022 |

I, Salvador Veloz, declare and state as follows:

1. I am a party to this lawsuit against my former employer. I state the following based on my own personal knowledge and would and could testify to the following if called as witness.

2. I reviewed the employee handbook and my signature page for the employee handbook, which has been attached to this motion as **Exhibit "1."** I recall getting employment documents from my employer and acknowledging those electronically. I believe my electronic signature for the employee handbook and other

1

employment documents is attached as **Exhibit "3"** and I can confirm that is indeed my signature.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct under the laws of the State of California.

Executed this 28 day of October, 2021 at Woodland Hills, California

Salvador Veloz (Oct 28, 2021 14:58 PDT)

Salvador Veloz

2