**EXHIBIT 3**

RAILPROS 000461



## Document Signature and Acknowledgement Audit Report
### Report Details

| Document Description | Version | Document Type | EE Code | EE Name | EE Status | Employee Signature | Date/Time Signed | Supervisor Signature | Date/Time Signed | Employee Acknowledgement | Date/Time Acknowledged | Supervisor Acknowledgement | Date/Time Acknowledged |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Railpros Fleet Policies & Procedures | 1 | Online-Editable | ADRL | VELOZ, SALVADOR | TERMINATED | *signature* | 2018-07-31 18:57:53 | N/A | N/A | Default | 2018-07-31 18:57:53 | | |
| Employee Handbook - California October 2018 Edition | 1 | Read-Only | ADRL | VELOZ, SALVADOR | TERMINATED | *signature* | 2018-12-10 11:08:57 | N/A | N/A | Default | 2018-12-10 11:08:57 | N/A | N/A |
| EE Handbook - California Addendum 10/18 Edition | 1 | Read-Only | ADRL | VELOZ, SALVADOR | TERMINATED | *signature* | 2018-11-07 07:55:51 | N/A | N/A | N/A | N/A | N/A | N/A |
| Fleet Vehicle Policy | 1 | Read-Only | ADRL | VELOZ, SALVADOR | TERMINATED | *signature* | 2019-10-28 14:26:31 | N/A | N/A | Default | 2019-10-28 14:26:31 | N/A | N/A |
| 401(k) Disclosure Notice 10, 2019 | 1 | Read-Only | ADRL | VELOZ, SALVADOR | TERMINATED | N/A | N/A | N/A | N/A | Default | 2020-05-14 09:33:30 | N/A | N/A |
| 2020 Form W-4 | N/A | Online-Editable | ADRL | VELOZ, SALVADOR | TERMINATED | *signature* | 2020-02-21 07:35:41 | N/A | N/A | N/A | N/A | N/A | N/A |
| Fatigue Management Policy 04 20 2020 | 1 | Read-Only | ADRL | VELOZ, SALVADOR | TERMINATED | *signature* | 2020-05-14 09:33:40 | N/A | N/A | N/A | N/A | N/A | N/A |

paycom
Terms of Use | Privacy Policy | © 2021 Paycom | All Rights Reserved