# EXHIBIT 8

| | |
|---|---|
| **From:** | Lawyers |
| **Sent:** | Monday, September 27, 2021 2:24 PM |
| **To:** | Jeffrey Grindstaff |
| **Subject:** | FW: 20-91166 Veloz, Salvador v. Rail Pros, Inc. [ODNSS-OGL.052372.000013] |

**From:** Dickstein, Shayna E. <shayna.dickstein@ogletree.com>
**Sent:** Monday, September 27, 2021 2:23:49 PM (UTC-08:00) Pacific Time (US & Canada)
**To:** Lawyers <lawyers@jayrothmanlaw.com>
**Cc:** Crosner, Ryan H. <ryan.crosner@ogletreedeakins.com>
**Subject:** RE: 20-91166 Veloz, Salvador v. Rail Pros, Inc. [ODNSS-OGL.052372.000013]

Jay,

We disagree that your demand for arbitration is proper, since Plaintiff never entered into a binding arbitration agreement with RailPros. Even if we were to agree to arbitration notwithstanding the absence of a binding arbitration agreement, we have concerns about delaying the resolution of this case, since an arbitration hearing would not be set until months after this case is scheduled to go to trial (April 2022). Before our client makes a decision regarding arbitration, it may make sense to know where Plaintiff is at in terms of potential settlement. Could you please get us an opening demand so we can evaluate that as well?

Thank you,

**Shayna E. Dickstein | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
8117 Preston Road, Suite 500 | Dallas, TX 75225 | Telephone: 214-313-2812 | Fax: 214-987-3927
shayna.dickstein@ogletree.com | www.ogletree.com | Bio

**From:** Lawyers <lawyers@jayrothmanlaw.com>
**Sent:** Wednesday, September 22, 2021 5:37 PM
**To:** Dickstein, Shayna E. <shayna.dickstein@ogletreedeakins.com>
**Cc:** Mendoza, Elizabeth C. <Elizabeth.Mendoza@ogletreedeakins.com>; Crosner, Ryan H. <ryan.crosner@ogletreedeakins.com>
**Subject:** 20-91166 Veloz, Salvador v. Rail Pros, Inc.

**[Caution: Email received from external source]**

Shayna,

My analysis, with all of the documents I now have in my possession, clearly indicates that our demand for arbitration is proper. Our client worked from July 9, 2018 until 8/21/20 when he was terminated. There's a handbook dated 10/1/2018. Which was published 11/6/2018. It specifically indicates at Bates-Stamps 375 page 2 of 37 that it supersedes all previous handbooks. It also indicates that it does not alter any prior agreement to arbitrate, which leads me to believe, although it has nothing to do with this analysis, that there must have been some prior arbitration provision, prior to this handbook. At Bates-Stamp 381 there's an arbitration provision that relates to the 10/1/2018 handbook which superseded all others and was published during my client's employment.

1

This email will formally demand that we engage in arbitration in the above-referred to matter. Please immediately prepare a stipulation to arbitrate so we can file it with the appropriate forum. If for some reason, you are unwilling to do this, we will be forced to make a motion to compel arbitration seeking costs and attorneys fees for this unnecessary exercise. I hope that won't be necessary. Please confirm your agreement to arbitrate and your preparation of a stipulation.


Jay S. Rothman, Esq.
JAY S. ROTHMAN & ASSOCIATES
21900 Burbank Boulevard, Suite 210
Woodland Hills, CA  91367
Telephone:      (818) 986-7870
Facsimile:       (818) 990-3019
www.jayrothmanlaw.com



This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Secs 2510-2521 and is legally privileged. This e-mail, and any documents attached, may contain confidential information belonging to the sender which is protected by the work product and/or other privileges. The information is intended only for the use of individuals or entities named above. If you have received the e-mail in error, we would appreciate your immediately notifying us by telephone call to arrange for the return of all copies of the e-mail. You should also delete this transmission from your computer and/or server.


*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*