JAY S. ROTHMAN (SBN 49739)
JAY S. ROTHMAN & ASSOCIATES
21900 Burbank Boulevard, Suite 210
Woodland Hills, California 91367
Telephone: (818) 986-7870
Facsimile:   (818) 990-3019
lawyers@jayrothmanlaw.com

Attorneys for Plaintiff SALVADOR VELOZ

RYAN H. CROSNER, CA Bar No. 278418
ryan.crosner@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045
ryan.crosner@ogletreedeakins.com

Shayna E. Dickstein, CA Bar No. 290844
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C. (DALLAS)
8117 Preston Road, Suite 500
Dallas, TX 75225
Telephone: (214) 313-2812
Facsimile:   (214) 987-3927
shayna.dickstein@ogletree.com

Attorney for Defendant RAILPROS FIELD SERVICES, INC.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| SALVADOR VELOZ, an individual, | Case No. 2:21-CV-04038 JFW (KSX) |
| Plaintiff, | JOINT STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION |
| vs. | |
| RAIL PROS, INC., a California corporation; and DOES 1 through 50, Inclusive, | |
| Defendants. | |

1

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Plaintiff SALVADOR VELOZ"), by and through his counsel of record, and Defendant RAILPROS FIELD SERVICES, INC., "), by and through its counsel of record, hereby stipulate to the following:

1.      Plaintiff's claims against Defendant shall be subjected to binding arbitration pursuant to the Parties' prior agreement,

2.      The arbitration proceedings shall be governed by the rules and procedures set forth in the mutual Arbitration Agreement, which is attached hereto as Exhibit "A."

3.      The matter currently pending before this United States District court, Central District of California shall be stayed pending completion of the arbitration.

4.      All dates currently on calendar shall be vacated.

5.      This Court shall retain jurisdiction over the civil matter pending completion of the arbitration.

Dated:  November 17, 2021        JAY S. ROTHMAN & ASSOCIATES

/S/ Jay S. Rothman
JAY S. ROTHMAN
Attorney for Plaintiff SALVADOR VELOZ

Dated:  November 17, 2021        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Ryan H. Crosner
Ryan H. Crosner, Esq.
Shayna E. Dickstein, Esq.

Attorney for Defendant RAILPROS FIELD SERVICES, INC.