JAY S. ROTHMAN (SBN 49739)
JAY S. ROTHMAN & ASSOCIATES
21900 Burbank Boulevard, Suite 210
Woodland Hills, California 91367
Telephone: (818) 986-7870
Facsimile:   (818) 990-3019
lawyers@jayrothmanlaw.com

Attorneys for Plaintiff SALVADOR VELOZ

RYAN H. CROSNER, CA Bar No. 278418
ryan.crosner@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045
ryan.crosner@ogletreedeakins.com

Shayna E. Dickstein, CA Bar No. 290844
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C. (DALLAS)
8117 Preston Road, Suite 500
Dallas, TX 75225
Telephone: (214) 313-2812
Facsimile:   (214) 987-3927
shayna.dickstein@ogletree.com

Attorney for Defendant RAILPROS FIELD SERVICES, INC.

# UNITED STATES DISTRICT COURT

## F OR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| SALVADOR VELOZ, an individual, | Case No. 2:21-CV-04038 JFW (KSX) |
| Plaintiff, | [PROPOSED] ORDER GRANTING JOINT STIPULATION TO SUBMIT ENTIRE ACTION TO BINDING ARBITRATION AND STAY LITIGATION |
| vs. | |
| RAIL PROS, INC., a California corporation; and DOES 1 through 50, Inclusive, | |
| Defendants. | |

1

# [PROPOSED] ORDER

GOOD CAUSE appearing therefore, it is hereby ordered that:

(1)     This matter is ordered to binding arbitration in accordance with the Parties' written arbitration agreement;

(2)     The arbitration proceedings shall be governed by the rules and procedures set forth in the mutual Arbitration Agreement, attached to the parties stipulation as Exhibit "A";

(3)     All proceedings in this matter are stayed pending the completion of binding arbitration between the Parties;

(4)     All dates currently on calendar shall be vacated; and

(5)     This Court shall retain jurisdiction over the civil matter pending completion of the arbitration

IT IS SO ORDERED.


Dated: _____


_____
Hon. John F. Walter
UNITED STATES DISTRICT COURT
JUDGE

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION                    2:21-CV-04038 JFW (KSX)