1  JAY S. ROTHMAN (SBN 49739)
2  JAY S. ROTHMAN & ASSOCIATES
   21900 Burbank Boulevard, Suite 210
3  Woodland Hills, California 91367
   Telephone: (818) 986-7870
4  Facsimile:   (818) 990-3019
   lawyers@jayrothmanlaw.com
5
6  Attorneys for Plaintiff SALVADOR VELOZ

7
8              UNITED STATES DISTRICT COURT
9          FOR THE CENTRAL DISTRICT OF CALIFORNIA
10                    WESTERN DIVISION
11

| | |
|---|---|
| SALVADOR VELOZ, an individual, | Case No. 2:21-CV-04038 JFW (KSX) |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | District Judge: Hon. John F. Walter |
| RAIL PROS, INC., a California corporation; and DOES 1 through 50, Inclusive, | Magistrate Judge: Hon. Karen L. Stevenson |
| Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

In accordance with the Local Rule 16-15.7, Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled unconditionally as to all claims and parties, and to request 45 days within which to file the dismissal.

Dated: January 13, 2023          JAY S. ROTHMAN & ASSOCIATES

/s/ Jay S. Rothman
JAY S. ROTHMAN
Attorney for Plaintiff SALVADOR VELOZ

PROOF OF SERVICE

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the county of Los Angeles in the office of a member of the bar of this court at whose direction the service was made. My business address is 21900 Burbank Boulevard, Suite 210, Woodland Hills, California 91367.

On <u>JANUARY</u> <u>13</u>, <u>2023</u>, I served the following document(s): NOTICE OF SETTLEMENT as follows:

- ☐ (by U.S. Mail) ☐First-Class Certified Mail, postage prepaid, requiring a return receipt. I caused ☐ (the original) ☐ (a true copy) of such document(s) to be sealed in separate envelopes for each addressee, as indicated on service list, and with the correct postage thereon fully prepaid, either deposited each in the united states postal service or placed each for collection and mailing <u>JANUARY ____</u>, <u>2023</u>, at 21900 Burbank Boulevard, Suite 210, Woodland Hills, California 91367, following ordinary business practices.

- ☐ (by overnight mail) I caused ☐ (the original) ☐ (a true copy) of such document(s) to be sealed in separate envelopes for each addressee, as indicated on service list, and deposited each for collection and overnight mailing on <u>JANUARY ____</u>, <u>2023</u>, at 21900 Burbank Boulevard, Suite 210, Woodland Hills, California 91367, following ordinary business practices.

- ☐ (by facsimile) on <u>JANUARY ____</u>, <u>2023</u>, at 21900 Burbank Boulevard, Suite 210, Woodland Hills, California 91367, I caused such document(s) to be transmitted, via facsimile, to the named persons at their respective fax numbers, as indicated on service list, in accordance with, the written confirmation of counsel in this action.

PROOF OF SERVICE                                   2:21-CV-04038 JFW (KSX)

1  ☐ (by electronic mail) on JANUARY ____, 2023, at 21900 Burbank
2  Boulevard, Suite 210, Woodland Hills, California, I caused such
3  document(s) to be transmitted via e-mail to the named persons at their
4  respective e-mail addresses, as indicated on service list.

5  ☒ (CM/ECF) With the Clerk of the United States District Court of
6  California, using the CM./ECF System. The Court's CM/ECF System,
7  will send an e-mail notification of the foregoing filing to the parties and
8  counsel of record who are registered with the Court's CM/ECF System.

9  ☐ (by personal delivery) on JANUARY ____, 2023, at ___:___ __.m., I
10  personally delivered to the named persons at their respective address, as
11  indicated on service list.

12  ☒ (Federal)   I declare that I am employed in the office of a member of the
13  State Bar of this Court at whose direction the service was made. I
14  declared under penalty of perjury under the laws of the United States of
15  America, that the above is true and correct.

16  ☐ (Federal)   I declare that I am a member of the State Bar of this Court at
17  whose direction the service was made. I declared under penalty of
18  perjury under the laws of the United States of America, that the above is
19  true and correct.

20  Executed on JANUARY 13, 2023, at 21900 Burbank Boulevard, Suite 210,
21  Woodland Hills, California.

23                                    /s/ Jennifer Croad
24                                    Jennifer Croad

SERVICE LIST

Shayna E. Dickman, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Preston Commons West
8117 Preston Road, Suite 500
Dallas, TX 75225
T:      (214) 313-2812
F:      (214) 987-3927
E:      shayna.dickman@ogletree.com


Attorney for Defendant *RAILPROS FIELD SERVICES, INC.*

Ryan H. Crosner, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
T:      (213) 239-9800
F:      (213) 239-9045
E:      ryan.crosner@ogletreedeakins.com


Attorney for Defendant *RAILPROS FIELD SERVICES, INC.*